FILED

MAY 13 2019

Clerk, U.S. Courts
District Of Montana
Billings Division

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| IN THE MATTER OF THE SEARCH OF:<br><br>RESIDENCE AT 211 G STREET, POPULAR MT 59255, *aka* 38 211 G STREET EAST, POPULAR MT 59255, *aka* 211 FEDERAL, POPULAR, MT 59255 | MJ-    -BLG-TJC<br>19-41<br><br>ORDER |
|---|---|

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including the Application for a Search Warrant, Search Warrant, and Affidavit in support of Search Warrant and attachments (Attachments A-B) filed herein, are SEALED. The Search Warrant is unsealed for the limited purpose of permitting the Affiant to comply with execution of the Search Warrant, pursuant to Fed. R. Crim. P. Rule 41(f).

//

IT IS FURTHER ORDERED that this case is unsealed for the limited purposes of providing copies of documents in discovery, upon initial appearance on an Indictment by any defendant related to this search warrant and service/receipt of request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16.

DATED this 13 day of May, 2019.

_____
Hon. Timothy J. Cavan
United States Magistrate Judge